**Order filed January 14, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00819-CV

———————

### KENNARD LAW, P.C., Appellant

### V.

### LAMAR TEXAS LIMITED PARTNERSHIP, Appellee

**On Appeal from the County Court at Law No 2
Fort Bend County, Texas
Trial Court Cause No. 17-CCV-059600**

## ORDER

The reporter's record in this case was due **November 19, 2019**.  *See* Tex. R. App. P. 35.1.  On November 26, 2019, this court ordered the court reporter to file the record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Kelly Kelly**, the  court reporter, to file the record in this appeal **within 30 days** of the date of this order.  No further extension will be entertained

absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Kelly Kelly** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Justices Justices Zimmerer, Spain and Hassan.